FILED

2005 NOV 30 P 3: 29

CLERK US DISTRICT COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY _____

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:05MJ00337 SMS |
| Plaintiff, | 1: 05CR00485 OWW |
| v. | ORDER STAYING MAGISTRATE'S ORDER RELEASING DEFENDANT ON BOND PENDING HEARING ON THE GOVERNMENT'S MOTION FOR REVOCATION HEARING |
| REED DANIEL FRANCIS, | |
| Defendants. | |

Upon application of the United States Government for stay of the order of the Magistrate Judge setting conditions of release for the above-named defendants, and good cause appearing,

IT IS HEREBY ORDERED THAT the Magistrate Judge's order setting conditions for release of the above-named defendant, be stayed pending the disposition of the government's motion to revoke such order.

IT IS FURTHER ORDERED that the hearing on the government's motion be set as soon as practicable.

Dated: November 30, 2005

_____
U.S. District Judge

1